JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KION TAYLOR, | Case No. CV 23-9158 FMO (MAAx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CITY OF BEVERLY HILLS, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 24th day of June, 2024.

/s/
Fernando M. Olguin
United States District Judge